```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

RANDY W. GILLERT                                              PLAINTIFF

    v.                         Civ. No. 08-6080

U.S. DEPARTMENT OF EDUCATION                                  DEFENDANT

### **J U D G M E N T**

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendant's Motion for Summary Judgment (doc. 30) is **GRANTED**. Each party is to bear its own fees and costs associated with this case. **The parties have sixty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 7th day of September, 2010.

                                            */s/ Robert T. Dawson*
                                            Honorable Robert T. Dawson
                                            United States District Judge